# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D2026-0133
L.T. Case No. 2017-CF-001038-A

_____

MARVIN SARVIS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 Appeal from the Circuit Court for Marion County.
Peter Matthew Brigham, Judge.

Marvin King Sarvis, Okeechobee, pro se.

James Uthmeier, Attorney General, Tallahassee, and Kurt Koehler, Assistant Attorney General, Daytona Beach, for Appellee.

July 21, 2026

PER CURIAM.

AFFIRMED.

JAY, C.J., and WALLIS AND MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____